[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 3, 2010
JOHN LEY
CLERK

_____

No. 09-16459
Non-Argument Panel
_____

D. C. Docket No. 09-00455-CV-RWS-1

JOHN FARRAR, Ph.D.,

                                                  Plaintiff-Appellant,

versus

BRIAN KEMP, Georgia Secretary of State,
in his official capacity,

                                                  Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(June 3, 2010)

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

We have thoroughly reviewed the briefs and record in this appeal. We conclude that the district court was correct in granting appellee's motion to dismiss appellant's complaint on the basis of *res judicata*. Finding no error, the judgment of the district court is

AFFIRMED.